HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VERNON SHAWN CURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00256 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| VERNON SHAWN CURRY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Vernon Curry, that the status conference on September 23, 2024, be continued to October 10, 2024.

This matter is currently scheduled for a status conference on September 23, 2024. ECF #53. Counsel for the United States and defendant Curry have agreed that further time is necessary for defense investigation, review of discovery, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 19, 2024 　　　　*/s/ Arelis Clemente*
　　　　　　　　　　　　　　　　ARELIS CLEMENTE
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 19, 2024 　　　　*/s/ Laura Myers*
　　　　　　　　　　　　　　　　LAURA MYERS
　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　VERNON SHAWN CURRY


**O R D E R**

　　　Pursuant to the parties' stipulation, the status conference currently set for September 23, 2024, is continued to October 10, 2024.


IT IS SO ORDERED.

Dated:　**September 20, 2024**　　　　　　　*/s/ Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE