1
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
3
Office of the Federal Defender
2300 Tulare Street, Suite 330
4
Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Fax: (559) 487-5950

6
Attorneys for Defendant
VERNON SHAWN CURRY
7

8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,

Case No.  1:21-cr-00256

12
          Plaintiff,

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

13
     v.

14
VERNON SHAWN CURRY,

15
          Defendant.

16

17
        IT IS HEREBY STIPULATED, by and between the parties, through their respective

18
counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant

19
Federal Defender Laura Myers, counsel for defendant Vernon Curry, that the status conference

20
on October 10, 2024, be continued to November 13, 2024.

21
        This matter is currently scheduled for a status conference on October 10, 2024. ECF #57.

22
Counsel for the United States and defendant Curry have agreed that further time is necessary for

23
defense investigation, review of discovery, and potential plea negotiations. The parties have

24
therefore agreed to stipulate to a continuance of the status conference.

25
        //

26
        //

27
        //

28
        //

1

2          Respectfully submitted,

           PHILLIP A. TALBERT
3          United States Attorney

4    Date: October 8, 2024          */s/ Arelis Clemente*
                                     ARELIS CLEMENTE
5                                    Assistant United States Attorney
                                     Attorney for Plaintiff
6

7                                    HEATHER E. WILLIAMS
                                     Federal Defender
8

9    Date: October 8, 2024          */s/ Laura Myers*
                                     LAURA MYERS
10                                   Assistant Federal Defender
                                     Attorney for Defendant
11                                   VERNON SHAWN CURRY

12

13

14                            **O R D E R**

15          IT IS SO ORDERED. The status conference currently set for October 10, 2024, is

16   continued to November 13, 2024 at 2:00 PM before the Duty Magistrate Judge.

17

18   IT IS SO ORDERED.

19

20      Dated:   **October 8, 2024**          /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Curry – Stipulation and [Proposed] Order          2