HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VERNON SHAWN CURRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00256-ADA-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| VERNON SHAWN CURRY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Vernon Curry, that the sentencing on January 8, 2025, be continued to January 27, 2025.

On November 13, 2024, Mr. Curry admitted to charges 5 and 6 of the superseding petition. The parties sought a sentencing date in mid-December, but the first available calendar was not until January 13, 2025. (*See* ECF #61). On December 23, 2024, probation filed its dispositional memorandum. (ECF #62). Also on December 23, 2024, the date of sentencing was advanced to January 8, 2025. (ECF #62).

Defense counsel is on leave in Ohio and will return on January 6, 2025. Due to the time difference and the limited number of working days over the holiday week, she has been unable to set up a video visit with Mr. Curry to discuss the dispositional memorandum. For that reason, a

limited continuance is sought.  In order to minimize prejudice to Mr. Curry, the parties request that sentencing be placed on the next calendar date of January 27.

                                                Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

Date: January 2, 2025                    */s/ Arelis Clemente*
                                                ARELIS CLEMENTE
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: January 2, 2025                    */s/ Laura Myers*
                                                LAURA MYERS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                VERNON SHAWN CURRY

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from January 8, 2025, to **January 27, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

    Dated:   **January 2, 2025**                      /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE