IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:21-CR-00256-TLN-1 |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| VERNON SHAWN CURRY, | |
| Defendant. | |

The above-named defendant having been sentenced on February 3, 2025, to

Time Served, with no supervision to follow.

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter</u>

<u>only</u>.

The Judgment and Commitment order to follow.


**IT IS SO ORDERED.**

Date:  2/3/25

Honorable Troy L. Nunley
District Court Judge